IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

**WHITNEY BREEDEN,**
*Individually, and on behalf of herself
and others similarly situated,*

Plaintiff,

v.

**IMCMV HOLDINGS, INC.
AND IMCMV PIGEON FORGE, LLC**

Defendants.

No. 3:21-cv-00296

**FLSA collective Action**

**JURY DEMANDED**

## CONSENT TO JOIN

1. I have been employed by Defendants as an hourly-paid tipped-employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendant as an Opt-in Plaintiff to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. With the consent, I designate the Named Representative Plaintiff to make decisions on my behalf in this litigation, including the resolution of my claims.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant as well as any other attorneys with whom they may associate.

Page **1** of **2**

5. I understand the personal information provided on this form will not be used for purposes other than these legal claims. I will fill this form out completely.

| *[signature]* | 02-08-2022 | Cassandra Randall |
|---|---|---|
| Signature | Date | Full Legal Name |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

**WHITNEY BREEDEN,**
*Individually, and on behalf of herself
and others similarly situated,*

Plaintiff,

v.

**IMCMV HOLDINGS, INC.
AND IMCMV PIGEON FORGE, LLC**

Defendants.

No. 3:21-cv-00296

**FLSA collective Action**

**JURY DEMANDED**

## CONSENT TO JOIN

1. I have been employed by Defendants as an hourly-paid tipped-employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendant as an Opt-in Plaintiff to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. With the consent, I designate the Named Representative Plaintiff to make decisions on my behalf in this litigation, including the resolution of my claims.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant as well as any other attorneys with whom they may associate.

Page 1 of 2

5. I understand the personal information provided on this form will not be used for purposes other than these legal claims. I will fill this form out completely.

*Emily Walker*     02-08-2022     Emily Walker
_____    _____
Signature            Date            Full Legal Name

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

---

**WHITNEY BREEDEN,**
*Individually, and on behalf of herself
and others similarly situated,*

Plaintiff,

v.

**IMCMV HOLDINGS, INC.
AND IMCMV PIGEON FORGE, LLC**

Defendants.

No. 3:21-cv-00296

**FLSA collective Action**

**JURY DEMANDED**

---

### CONSENT TO JOIN

---

1. I have been employed by Defendants as an hourly-paid tipped-employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendant as an Opt-in Plaintiff to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. With the consent, I designate the Named Representative Plaintiff to make decisions on my behalf in this litigation, including the resolution of my claims.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant as well as any other attorneys with whom they may associate.

5. I understand the personal information provided on this form will not be used for purposes other than these legal claims. I will fill this form out completely.

| | | |
|---|---|---|
| *[signature]* | 02-08-2022 | Mark Walker |
| Signature | Date | Full Legal Name |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

**WHITNEY BREEDEN,**
*Individually, and on behalf of herself
and others similarly situated,*

Plaintiff,

v.

**IMCMV HOLDINGS, INC.
AND IMCMV PIGEON FORGE, LLC**

Defendants.

No. 3:21-cv-00296

**FLSA collective Action**

**JURY DEMANDED**

## CONSENT TO JOIN

1. I have been employed by Defendants as an hourly-paid tipped-employee during the past three years.

2. I hereby consent to join this or any subsequent action against the Defendant as an Opt-in Plaintiff to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, including the non-payment of overtime compensation as specified in the Collective Action Complaint. With the consent, I designate the Named Representative Plaintiff to make decisions on my behalf in this litigation, including the resolution of my claims.

3. I understand this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 216(b), *et seq.* I hereby consent to join and opt-in and authorize the prosecution of the above-styled action to recover unpaid wages in my name and on my behalf.

4. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen and Bryant as well as any other attorneys with whom they may associate.

5. I understand the personal information provided on this form will not be used for purposes other than these legal claims. I will fill this form out completely.

| | | |
|---|---|---|
| *[signature]* | 02-08-2022 | Christine Woodliff |
| Signature | Date | Full Legal Name |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 8th day of February, 2022 a true and correct copy of the foregoing Consent to Join has been filed with the Clerk of the United States District Court for the Eastern District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to all parties and counsel of record who are registered with the Court's CM/ECF system including: Heather Lake.

*/s/Robert E. Morelli, III*